# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-11-00871-CV

**Shalanda D. Moore, J.D.; and Joseph R. Willie, II, D.D.S., J.D., Appellants**

**v.**

**Riecke Baumann, Receiver and Master in Chancery, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
### NO. C-1-CV-11-012239, HONORABLE J. DAVID PHILLIPS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

On December 19, 2012, we abated this appeal at the parties' request while they pursued settlement negotiations. Appellants filed a motion to reinstate the appeal on February 11, 2013. The motion to reinstate is granted, and this appeal is reinstated. Appellants have now filed a motion to dismiss this appeal and informed the Court that they have executed a settlement agreement. In accordance with the parties' signed settlement agreement, and as requested in the motion to dismiss, we vacate the trial court's November 22, 2011, Order Severing Judgments and its November 22, 2011, Order Requiring Turnover and Appointing Receiver and Master without reference to the merits, and dismiss this appeal. *See* Tex. R. App. P. 42.1(a)(2)(A), (B).

_____

J. Woodfin Jones, Chief Justice

Before Chief Justice Jones, Justices Rose and Goodwin

Vacated and Dismissed

Filed: April 5, 2013